# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160790

REID COWAN,
      Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS,
      Defendants,

and

EDWARD BARBER,
      Defendant-Appellee.

SC: 160790
COA: 345602
Court of Claims: 17-000091-NM

_____/

      On order of the Court, the application for leave to appeal the December 10, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0923

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk